IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN ISAAC MONTOYA PALACIOS, | * | |
| | * | |
| Petitioner, | | |
| | * | Civil Action No. GLR-25-4045 |
| v. | | |
| | * | |
| NIKITA BAKER, et al., | | |
| | * | |
| Respondents. | | |
| | *** | |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 22nd day of January, 2026 by the United States District Court for the District of Maryland, hereby:

ORDERED that Petitioner Kevin Isaac Montoyo Palacios's Amended Petition for Writ of Habeas Corpus and Request for Temporary Restraining Order (the "Amended Petition") (ECF No. 4) is GRANTED in that Respondents shall RELEASE Petitioner to the Baltimore Immigration and Customs Enforcement ("ICE") Facility, located at 31 Hopkins Plaza, 6th Floor, Baltimore, Maryland 21202, on or before 5:00 P.M. on Thursday, January 29, 2026, under the same terms as his previous Order of Supervision;

IT IS FURTHER ORDERED that any modifications to Petitioner's Order of Supervision shall be made under the appropriate administrative regulations, including but not limited to 8 C.F.R. § 241.13(h)(1);

IT IS FURTHER ORDERED that the Amended Petition is DENIED without prejudice to the extent that Petitioner is seeking the same or similar relief through the D.V.D. litigation;

IT IS FURTHER ORDERED that Montoyo Palacios's Amended Petition (ECF No. 4) is DENIED as to any further relief he seeks at this time;

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (ECF No. 15) is DENIED as MOOT;

IS FURTHER ORDERED that Montoyo Palacios's request for attorneys' fees and costs is DENIED;

IT IS FURTHER ORDERED that the parties shall FILE a Joint Status Report by February 19, 2026, updating the Court on the Government's compliance with this Order;

IT IS FURTHER ORDERED that the Court shall retain jurisdiction of this matter to enforce compliance with this Order; and

IT IS FURTHER ORDERED that the Clerk shall PROVIDE a copy of this Order to all counsel of record.

        /s/
George L. Russell, III
Chief United States District Judge