IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| KEVIN ISAAC MONTOYA PALACIOS, | * | |
| | * | |
| Petitioner, | * | Civil Action No. GLR-25-4045 |
| v. | * | |
| NIKITA BAKER, et al., | * | |
| Respondents. | * | |
| | *** | |

# ORDER

On February 6, 2026, Petitioner Kevin Isaac Montoya Palacios filed an Emergency Motion for Temporary Restraining Order (ECF No. 25), informing the Court that despite being ordered to be released to the Baltimore Immigration and Customs Enforcement ("ICE") Facility under his previous Order of Supervision, Montoya Palacios was transferred from Kentucky to Ohio, and later to Louisiana, where he was subsequently placed on a plane for removal to El Salvador in violation of this Court's January 22, 2026 Order (ECF No. 21). (Mot. T.R.O. ¶¶ 1–5, ECF No. 25). According to Montoya Palacios, he was only removed from the aircraft "through the intervention of an ICE agent while already on board, preventing deportation by chance rather than lawful process." (Id. ¶ 6). Montoya Palacios further asserts that he is currently detained in Baltimore, where ICE agents refuse to release him, contending that "release cannot occur unless counsel is physically present, a condition not imposed by the Court [nor] communicated by the Government." (Id. ¶ 9).

Accordingly, it is this 6th day of February, 2026, by the United States District Court for the District of Maryland, hereby:

ORDERED that Respondents, their officers, agents, servants, employees, and all persons acting in concert with them are ENJOINED from removing Montoya Palacios from the United States or transferring him outside the District of Maryland pending further order of this Court;

IT IS FURTHER ORDERED that Respondents shall immediately RELEASE Montoya Palacios under the same Order of Supervision that was in effect prior to his detention, in strict compliance with this Court's January 22, 2026 Order (ECF No. 21), and shall not impose any additional or extra-judicial conditions on release; and

IT IS FURTHER ORDERED that that Respondents shall FILE a Status Report no later than Tuesday, February 10, 2026, confirming compliance with this Order and explaining why Montoya Palacios was not released consistent with this Court's January 22, 2026 Order (ECF No. 21).

                                                                /s/
                                              George L. Russell, III
                                              Chief United States District Judge