IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KEVIN ISAAC MONTOYA PALACIOS,    *

    Petitioner,    *

v.    *    Civil Action No. GLR-25-4045

        *

NIKITA BAKER, et al.,    *

    Respondents.    *

        ***

## ORDER

The Court is in receipt of Petitioner Kevin Isaac Montoya Palacios's Motion for Attorney Fees filed on February 16, 2026 (ECF No. 29). Montoya Palacios acknowledges that the Court has previously denied his request for attorney's fees under the Equal Access to Justice Act ("EAJA") by explaining that "the Fourth Circuit held that attorneys' fees relating to a habeas petition are not available under the EAJA because such a petition is not a 'civil action' for purposes of the EAJA." (Mot. Att'y Fees at 4, ECF No. 29; Jan. 22, 2026 Mem. Op. at 9, ECF No. 20 (quoting Obando-Segura v. Garland, 999 F.3d 190, 191, 197 (4th Cir. 2021))). Nevertheless, "Petitioner files this application in compliance with the requirements of 28 U.S.C. § 2412(d)(1)(B) to preserve the issue for appellate review." (Mot. Att'y Fees at 4). Because nothing substantively has changed since the Court's last ruling on this issue, the Court will DENY the Motion for Attorney Fees (ECF No. 29).

So ordered this 19th day of February, 2026.

                        /s/

                        George L. Russell, III
                        Chief United States District Judge